UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: _____

ARTIFICIAL INTELLIGENCE IMAGING
ASSOCIATION, INC.,

    Plaintiff,

v.

MVISION AI, INC.

    Defendant.
_____/

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Pursuant to Local Rule 2.02(a), formal notice is hereby given that the undersigned attorney, Carl D. Berry, will serve as Lead Counsel for Plaintiff Artificial Intelligence Industry Association, Inc., in the above-styled action:

    Carl D. Berry (Florida Bar No. 81132)
    The Strategic Legal Group, PLLC
    300 S.E. 2nd Street, Sixth Floor
    Fort Lauderdale, FL 33301
    Telephone: (561) 910-0900
    c.berry@thestrategiclegalgroup.com

Fort Lauderdale, Florida

                      Respectfully submitted,

                      /s/ Carl D. Berry_____
                      Carl D. Berry (Florida Bar No. 81132)

> The Strategic Legal Group, PLLC
> c.berry@thestrategiclegalgroup.com
> 300 S.E. 2nd Street, Sixth Floor
> Fort Lauderdale, FL 33301
> Telephone: (561) 910-0900
> *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a Notice of Electronic Filing to all parties and counsel of record.

> By:  /s/ Carl D. Berry
> Carl D. Berry (Florida Bar No. 81132)