# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ARTIFICIAL INTELLIGENCE
IMAGING ASSOCIATION, INC.,

    Plaintiff,

v.                                  Case No. 8:25-cv-2329-KKM-LSG

MVISION AI, INC.,

    Defendant.
_____/

## NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

__X__     IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

Please see attached Exhibit A.

_____     IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or

administrative agency.

I further certify that I will serve a copy of this NOTICE OF A RELATED ACTION upon each party no later than fourteen days after appearance of the party

Dated: September 26, 2025

        THE STRATEGIC LEGAL GROUP, PLLC
        Attorneys for Plaintiff
        Artificial Intelligence Imaging Association Inc.
        300 Southeast 2nd Street
        Suite 600
        Fort Lauderdale, FL 33301
        (954) 323-6712 (office)
        legalmail@thestrategiclegalgroup.com

        By/s/Carl D. Berry
            Carl D. Berry
            Fla. Bar No. 0081132
            cberry@thestrategiclegalgroup.com