## NOTICE OF RELATED ACTIONS
## <u>EXHIBIT A</u>

1. *Artificial Intelligence Industry Association, Inc. v. Osaro, Inc.,* United States District Court, Northern District of California, Case No. 3:25-cv-07170-PHK
2. *Artificial Intelligence Industry Association, Inc. v. Ceres AI, Inc.,* United States District Court, Northern District of California, Case No. 3:25-cv-07924
3. *Artificial Intelligence Industry Association, Inc. v. Elementary Robotics, Inc.,* United States District Court, Central District of California, Case No. 2:25-cv- 08297
4. *Artificial Intelligence Industry Association, Inc. v. Elementary Robotics, Inc.,* United States District Court, Central District of California, Case No. 2:25-cv- 08297
5. *Artificial Intelligence Industry Association, Inc. v. Parallel Domain, Inc.,* United States District Court, Northern District of California, Case No. 3:25- cv-07658-LB
6. *Artificial Intelligence Industry Association, Inc. v. Geisel Software, Inc.,* United States District Court, Southern District of New York, Case No. 1:25- cv-07387