# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ARTIFICIAL INTELLIGENCE
IMAGING ASSOCIATION, INC.,

    Plaintiff,

v.                                                Case No. 8:25-cv-02329-KKM-LSG

MVISION AI, INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Artificial Intelligence Industry Association, Inc. ("AIIA" or "Plaintiff"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I), does hereby give notice that the above-captioned action be, and the same is hereby, dismissed **without prejudice**, each party to bear its own costs.

## LOCAL RULE 3.01(G) CERTIFICATE OF ATTORNEY CONFERRAL

Plaintiff's counsel certifies that they have conferred with Defendant's counsel in a good faith effort to resolve the issues that this Notice of Voluntary

Dismissal presents. Defendant's counsel does not oppose this Notice of Voluntary Dismissal.

Dated: October 14, 2025

Fort Lauderdale, Florida

                              Respectfully submitted,

By:_____
                Carl D. Berry
                (Florida Bar No. 81132)
                The Strategic Legal Group, PLLC
                c.berry@thestrategiclegalgroup.com
                300 S.E. 2nd Street,
                Suite 600
                Fort Lauderdale, FL 33301
                Telephone: (561) 910-0900
                *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2025I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

                                            By:/s/ Carl D. Berry
                                                 Carl D. Berry
                                                 Florida Bar No. 81132

**SERVICE LIST**

Ryan Thomas Santurri
Allen, Dyer, Doppelt, & Gilchrist, PA
255 S Orange Ave - Ste 1401
PO Box 3791
Orlando, FL 32801
407/841-2330
Fax: 407/841-2343
Email: rsanturri@allendyer.com