AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Middle District of Florida__ on the following

☐ Trademarks or  ☒ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>8:25-cv-02329-KKM-LSG | DATE FILED<br>09/02/2025 | U.S. DISTRICT COURT<br>Middle District of Florida |
|---|---|---|
| PLAINTIFF<br><br>**Artificial Intelligence Imaging Association, Inc.** | | DEFENDANT<br><br>**MVision AI, Inc** |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1   **See Attached Order** | | |

| CLERK<br><br>ELIZABETH M. WARREN | (BY) DEPUTY CLERK<br><br>Julissa Soto | DATE<br><br>10/16/2025 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**    **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**    **Copy 4—Case file copy**

```
MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:
--Case Participants: Carl D Berry (c.berry@thestrategiclegalgroup.com,
cberry@carlberrylaw.com, legalmail@thestrategiclegalgroup.com, services@infotrack.com), Ryan
Thomas Santurri (clerk@allendyer.com, mleavy@allendyer.com, rsanturri@allendyer.com),
Magistrate Judge Lindsay S. Griffin (chambers_flmd_griffin@flmd.uscourts.gov), Judge Kathryn
Kimball Mizelle (chambers_flmd_mizelle@flmd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<26313260@flmd.uscourts.gov>
Subject:Activity in Case 8:25-cv-02329-KKM-LSG Artificial Intelligence Imaging Association,
Inc. v. MVision AI, Inc. Order
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 10/15/2025 at 10:02 AM EDT and filed on 10/15/2025
**Case Name:**      Artificial Intelligence Imaging Association, Inc. v. MVision AI, Inc.
**Case Number:**    [8:25-cv-02329-KKM-LSG](#)
**Filer:**
**Document Number:** 14(No document attached)

**Docket Text:**
**ENDORSED ORDER: Plaintiff [13] voluntarily dismisses this action under Rule 41(a)(1)(A)(i), Fed. R. Civ. P. Because Defendant has not answered or moved for summary judgment, the notice of voluntary dismissal is self-executing.** *See* **Fed. R. Civ. P. 41(a)(1)(A)(i);** *Matthews v. Gaither*, **902 F.2d 877, 880 (11th Cir. 1990). The Clerk is directed to terminate any deadlines and pending motions, and to CLOSE this case. Signed by Judge Kathryn Kimball Mizelle on 10/15/2025. (PBH)**


**8:25-cv-02329-KKM-LSG Notice has been electronically mailed to:**

Ryan Thomas Santurri     rsanturri@allendyer.com, clerk@allendyer.com, mleavy@allendyer.com

Carl D Berry     c.berry@thestrategiclegalgroup.com, cberry@carlberrylaw.com,

Case 8:25-cv-02329-KKM-LSG    Document 16    Filed 10/16/25    Page 3 of 3 PageID 199

legalmail@thestrategiclegalgroup.com, services@infotrack.com

**8:25-cv-02329-KKM-LSG Notice has been delivered by other means to:**